CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 20 2005

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| JAMES RANDOLPH INGRAM, ) | |
| Petitioner, ) | Case No. 7:05CV00334 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| DEPARTMENT OF CORRECTIONS, ) | By: Hon. Glen E. Conrad |
| Respondent. ) | United States District Judge |

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

that the respondent's motion to dismiss shall be **GRANTED**, and the petition shall be stricken from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the respondent.

ENTER: This _20th_ day of October, 2005.

_/s/ Glen E. Conrad_
United States District Judge